## W. M. Durham, Conservator of Estate of Alice Coon, Incompetent, Appellant, v. Louis W. Coon et al., Appellees.

**Gen. No. 44,125.** 

 opinion filed June 20, 1949; rehearing denied July 1, 1949; re-
leased for publication July 18, 1949. Ehrlich & Cohn, Eva L. Minor and
Robert L. Huttner, for appellant; Aaron H. Cohn and Robert L. Huttner,
of counsel; O. D. Buckles, Aaron, Aaron, Schimberg & Hess, McDermott,
Will & Emery, Lewis Schimberg and Herbert L. Hart, for appellee.
Opinion by JUSTICE TUOHY. Not to be published in full.